# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HUBBARD,<br><br>   Petitioner,<br><br>  v.<br><br>MR. SHERMAN, Warden,<br><br>   Respondent. | Case No. CV 14-3329-MWF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

 Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections have been filed. The Court accepts the Report and Recommendation and the previously assigned magistrate judge's May 7, 2014 order.

 IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: March 24, 2016

            MICHAEL W. FITZGERALD
            U.S. DISTRICT JUDGE

FILED
CLERK, U.S. DISTRICT COURT
3/24/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY