JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

3/24/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD HUBBARD,<br><br>        Petitioner,<br><br>    v.<br><br>MR. SHERMAN, Warden,<br><br>        Respondent. | Case No. CV 14-3329-MWF (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 24, 2016

                                      MICHAEL W. FITZGERALD
                                      U.S. DISTRICT JUDGE